### POWELL *et al. v.* PALMER *et al.*

ATKINSON, Presiding Justice. "The first grant of a new trial shall not be disturbed by the appellate court, unless the plaintiff in error shall show that the judge abused his discretion in granting it, and that the law and facts require the verdict notwithstanding the judgment of the presiding judge." Code, § 6-1608. Under the pleadings and the evidence there was no abuse of discretion in the first grant of a new trial.

*Judgment affirmed. All the Justices concur.*

No. 12421. SEPTEMBER 23, 1938.

*Carl E. Crow,* for plaintiffs.
*S. P. Cain* and *J. D. Gardner,* for defendants.